FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 25 2012 ★

BROOKLYN OFFICE

**UNPUBLISHED ORDER**

At a Term of the Appellate Division of the Supreme Court held in and for the First Judicial Department in the County of New York on May 2, 2012.

Present - Hon. Angela M. Mazzarelli,     Justice Presiding,
         Richard T. Andrias
         Rolando T. Acosta
         Dianne T. Renwick
         Rosalyn H. Richter,              Justices.

**FILED MAY 0 2 2012**
SUP COURT, APP. DIV.
FIRST DEPT.

-----------------------------------X
In the Matter of the Application of

Jonathan Marc Abrams,                    **UNPUBLISHED ORDER**

an attorney and counselor-at-law,        M-1706
(OCA Atty. Reg. No. 2028595)
            Petitioner.
-----------------------------------X

*admitted 2/11/1986*

Petitioner Jonathan Marc Abrams (admitted to practice as an attorney and counselor-at-law in the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on January 13, 1986) having moved this Court on April 10, 2012 for leave to resign and for removal of his name from the roll of attorneys and counselors-at-law in the State of New York,

And the Committee on Character and Fitness, by Maria Matos, Esq., Executive Secretary to the Committee on Character and Fitness, having submitted an answer stating, inter alia, that the Committee takes no position on the motion,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon, it is unanimously

Ordered that the motion is granted, the resignation is accepted, and the name of said petitioner is removed from the roll of attorneys and counselors-at-law in the State of New York, effective the date hereof.

ENTER:
APPELLATE DIVISION SUPREME COURT FIRST DEPARTMENT
STATE OF NEW YORK

*Margaret O. Saval*
DEPUTY CLERK

I, SUSANNA ROJAS, Clerk of the Appellate Division of the Supreme Court First Judicial Department, do hereby certify that I have compared this copy with the original thereof filed in said office on 05-02-2012 and that the same is a correct transcript thereof, and of the whole of said original.
IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of this Court on 05-02-2012.

*Susan Rojas*
CLERK